DATE OF NOTICE:  September 17, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.D. BY AND THROUGH HIS PARENTS, | : | |
| D.C. AND D.D. | : | |
| vs. | : | Civil Action 09-2939 |
| | : | |
| UPPER MERION AREA SCHOOL DISTRICT | : | |

**NOTICE**

Please be advised that an **PRELIMINARY PRETRIAL CONFERENCE** will be held by telephone on **Friday, September 25, 2009, at 2:30 p.m.,** with the Honorable Jan E. DuBois. Counsel for plaintiff will initiate the telephone conference and when all parties are on the line, call Chambers at (215) 597-5579.

The Conference Information Report, which was included with the Notice dated 8/7/09, should be completed and forwarded to the Court **at least two days prior to** the day of the conference. Do not have this Report docketed. You are also required to comply with the provisions of F.R.C.P. 26 (f) regarding a conference of the parties and submission of a report outlining a proposed case management plan.

If trial counsel in this case is on trial in a Court of record at the time of the conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only in exceptional cases.

   /s/ George Wylesol_____
George Wylesol,
Deputy Clerk to Judge DuBois
267-299-7339

cc:   Catherine Merino Reisman, Esq.
       Mark W. Fitzgerald, Esq.

Attachment