IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.D., by and through his Parents, D.C. and D.D.<br>      Plaintiff<br><br>      v.<br><br>UPPER MERION SCHOOL DISTRICT<br>      Defendant | :<br>:<br>:<br>: CIVIL ACTION NO. 09-2939<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK OF COURTS:

    Kindly update my information as follows:

        Stephen G. Rhoads, Esquire
        Attorney I.D. #47458
        Gawthrop Greenwood, PC
        17 E. Gay Street, Suite 100
        West Chester, PA 19381-0562
        (610) 696-8225
        (610) 696-7111(fax)
        srhoads@gawthrop.com

                              Gawthrop Greenwood, PC

                By: _____
                              Stephen G. Rhoads, Esquire
                              Attorneys for Plaintiff

Date: November 30, 2009